THE STATE, EX REL. COULVERSON, APPELLANT, *v.*
[OHIO] ADULT PAROLE AUTHORITY ET AL., APPELLEES.

[Cite as State, ex rel. Coulverson, *v.* Ohio Adult Parole Auth. (1988),
39 Ohio St. 3d 47.]

(No. 88-728—Submitted August 19, 1988—Decided October 5, 1988.)

*Ralph P. Coulverson, Jr., pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Donald G. Keyser,* for appellees.

For the reasons stated in the decision of the court of appeals rendered March 15, 1988, the judgment of the court of appeals is affirmed.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.